UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGELA STALEY,

                                Plaintiff,                        **ORDER**

      -against-                                                22 Civ. 4768 (JCM)

VILLAGE PIZZA III, *et al.*

                               Defendants.
-------------------------------------------------------------X

       On November 17, 2023, the parties informed the Court that they have reached a settlement in the above-captioned matter. (Docket No. 65). Therefore, it is hereby

       ORDERED, that this action be and hereby is discontinued with prejudice but without costs to any party; provided, however, that if settlement is not consummated by February 15, 2024, Plaintiff may apply by letter, by the same date, for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

       To be clear, any application to reopen must be filed by February 15, 2024; any application to reopen filed thereafter may be denied solely on that basis.

       The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by February 15, 2024 with a request that the agreement be "So Ordered" by the Court.

Dated: November 20, 2023
       White Plains, New York

                                                          **SO ORDERED:**

                                                      _____
                                                     JUDITH C. McCARTHY
                                                     United States Magistrate Judge